1
2
3
4
5
6
7
8
           **UNITED STATES DISTRICT COURT**
9
           **SOUTHERN DISTRICT OF CALIFORNIA**
10

11 | IVERA MEDICAL CORPORATION,

              Case Nos.  12-cv-954-H (RBB)
                           12-cv-1587-H (RBB)

12          Plaintiff-Counterdefendant,

**JUDGMENT FOR**
**DEFENDANT CATHETER**
**CONNECTIONS, INC.**

13   vs.

14 | CATHETER CONNECTIONS, INC.,

15                Defendant.

16
      On April 29, 2014, the Court granted summary judgment of invalidity based on
17
obviousness against Plaintiff Ivera and for Defendant Catheter Connections as to all
18
asserted patent claims.  (Doc. No. 98.)  On June 23, 2014, the Court issued an order
19
pursuant to Federal Rule of Civil Procedure 41(a) on the parties' stipulated dismissal
20
of Catheter Connections's nonliability counterclaim.  (Doc. No. 103.)  Accordingly, it
21
is hereby ORDERED, ADJUDGED, AND DECREED, pursuant to Rule 54(b) of the
22
Federal Rules of Civil Procedure, that judgment be and is entered in favor of Defendant
23
Catheter Connections and against Plaintiff Ivera.
24
      **IT IS SO ORDERED.**
25
DATED: June 23, 2014
26
27
                             _____
                         MARILYN L. HUFF, District Judge
28
                         UNITED STATES DISTRICT COURT